**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| SUNIL HINGORANI,<br><br>Plaintiff,<br><br>v.<br><br>THE BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, THE UNIVERSITY OF NEBRASKA, THE UNIVERSITY OF NEBRASKA MEDICAL CENTER, NEBRASKA MEDICINE, UNMC PHYSICIANS, JEFFREY GOLD (in both his individual and official capacities) and JOANN SWEASY (in both her individual and official capacities),<br><br>Defendants. | Case No.: 4:26-cv-03157<br><br>**DEFENDANTS' NEBRASKA MEDICINE AND UNMC PHYSICIANS MOTION TO DISMISS AND MOTION TO STRIKE** |

COME NOW Defendants Nebraska Medicine and UNMC Physicians, and pursuant to Fed. R. Civ. P. 12(b)(6), hereby move this Court to dismiss Plaintiff's Sixth and Seventh Causes of Action from Plaintiff's Complaint on the basis that Plaintiff fails to state claims upon which relief can be granted in these Causes of Action, and, pursuant to Fed. R. Civ. P. 12(f), hereby move this Court to strike paragraphs 11, 256-270, 283, and 286 of the Complaint, as well as the heading "XI" on page 46 of Plaintiff's Complaint, for the reason that these allegations are redundant, immaterial, impertinent, and scandalous.

Dated this 27th day of July 2026.

NEBRASKA MEDICINE
UNMC PHYSICIANS,
Defendants.

*/s/ Michaelle L. Baumert*

Michaelle L. Baumert, NE#20948
Nicholas B. McGrath, NE#26830
JACKSON LEWIS P.C.
10050 Regency Circle, Suite 300
Omaha, Nebraska 68114
Tel: (402) 391-1991
Fax: (402) 391-7363
michaelle.baumert@jacksonlewis.com
nicholas.mcgrath@jacksonlewis.com

ATTORNEYS FOR DEFENDANTS NEBRASKA MEDICINE AND UNMC PHYSICIANS

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Michael J. Willemin
WIGDOR LAW FIRM
85 Fifth Avenue
Suite Fifth Floor
New York, NY 10003
mwillemin@wigdorlaw.com

*/s/ Michaelle L. Baumert*

4902-9316-9085